UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>           Plaintiff,<br><br>   v.<br><br>Mohamed Nagisaeed Mohamed, et al.,<br><br>           Defendants. | No. 2:24-cv-01132-KJM-AC<br><br>ORDER |

      In a status report filed October 31, 2024, plaintiff Richard Sepulveda informed the court the parties had signed a settlement agreement. ECF No. 12. The court set a November 29, 2024 deadline for dispositional documents to be filed. Min. Order, ECF No. 13. No dispositional documents were filed by that deadline. **Within seven days**, plaintiff must file either (1) dispositional documents or (2) a request for an extension of time of the deadline to file dispositional documents, supported by a showing of good cause. Any future failure to comply with this and other court orders may result in sanctions, including monetary sanctions or dismissal.

      IT IS SO ORDERED.

DATED: December 6, 2024.

UNITED STATES DISTRICT JUDGE

1