UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, | No. 2:24-cv-01132-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Mohamed Nagisaeed Mohamed, et al., | |
| Defendants. | |

On December 6, 2024, this court ordered plaintiff Richard Sepulveda to file within seven days either (1) dispositional documents or (2) a request for an extension of time of the deadline to file dispositional documents, supported by a showing of good cause.  Order (December 6, 2024), ECF No. 14.  On December 14, 2024, plaintiff's counsel filed a status report asserting defense counsel has not yet approved the necessary stipulation for dismissal.  Status Report, ECF No.15.  The court construes the status report as a request for an extension of time of the deadline to file dispositional documents but may not so leniently construe similar filings in the future.

The court grants plaintiff a **thirty-day extension,** from the date of this filed order, to file either (1) dispositional documents or (2) a request for an extension of time of the deadline to file dispositional documents, supported by a showing of good cause.  Any future failure to comply with this order and other court orders may result in sanctions, including monetary sanctions or dismissal.

1       IT IS SO ORDERED.

2   DATED: January 2, 2025.

_____
UNITED STATES DISTRICT JUDGE