RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

          Plaintiff,

Vs.

Mohamed Nagisaeed Mohamed, et al.,

          Defendants.

Case Number 24-1132 KJM-AC

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Richard Sepulveda, and defendants (together "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants is Katherine M. Corfee of Corfee Stone Law Corp.), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release with Defendants in this matter whereby plaintiff deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all defendants named in the complaint and all causes of action, all parties to bear their own respective attorney fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all Defendants and all causes of action.

1   Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
2   Attorney for Plaintiff Richard Sepulveda                                            12/16/2024
3   Corfee Stone Law Corp. – By: Katherine M. Corfee /s/ Katherine M. Corfee
4   Attorney for all Defendants                                                         12/16/2024

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on December 16, 2024, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Katherine M. Corfee, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Mohamed, et al., Case No. 24-1132 KJM-AC, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Date: _____                    _____

                                                                            Kimberly J. Mueller
                                                                            United States District Judge